UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VALENCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. MACHADO, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00569-SAB (PC)<br><br>ORDER VACATING MAY 31, 2024, ORDER<br><br>(ECF No. 8) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　On May 31, 2024, due to a typographical error in the case number, an order was improperly issued in this action which should have been issued in case number 1:24-cv-00599 SAB (PC). Accordingly, the Court's May 31, 2024, order is HEREBY VACATED.

IT IS SO ORDERED.

Dated: **June 3, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1