UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VALENCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. MACHADO, et al.,<br><br>　　　　　Defendants. | No.  1:24-cv-00569-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion to extend the time to file "objections," filed October 18, 2024.  Plaintiff seeks an extension of thirty days to file "objections" to the Findings and Recommendations.  However, Plaintiff is advised that no Findings and Recommendations have been issued.  Rather, because this action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, and the Court screened Plaintiff's complaint on September 26, 2024, granting Plaintiff leave to file an amended complaint or notify the Court of his intent to proceed on the claim found to be cognizable.  (ECF No. 16.)  Therefore, the Court construes Plaintiff's request as a motion for an extension of time to file a response to the Court's September 26, 2024, screening order.

1

On the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted **thirty (30) days** from the date of service of this order to file a response to the Court's September 26, 2024, screening order.

IT IS SO ORDERED.

Dated:   **October 21, 2024**

UNITED STATES MAGISTRATE JUDGE