**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN VALENCIA, | Case No. 1:24-cv-0569 KES SAB (PC) |
| Plaintiff, | ORDER DECLINING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | Doc. 34 |
| L. MACHADO, et al., | |
| Defendants. | |

Edwin Valencia asserts correctional officers violated his civil rights while he was incarcerated at California Correctional Institution. *See generally* Doc. 24. After consideration of Valencia's objections to the magistrate judge's screening order, the Court granted reconsideration in part and directed on February 13, 2026 that the action proceed on the cognizable claims in the second amended complaint. Docs. 26, 30.

Valencia reports that he received the Court's reconsideration order on February 24, 2026, and that due to the delay in service he did not have "enough time to complete and file a proper objection to the Court's order." Doc. 34 at 1. Valencia contends his "third amended complaint has non-frivolous … claims listed that the court overlooked, and [he] desires for the Court to allow [him] to make further objection by reopening the time … to object to the Court's order." *Id.*; *see also id.* at 2.

The timing of Valencia's receipt of the Court's February 13, 2026 order does not appear to

1

have impacted Valencia's ability to file a timely motion for reconsideration in this matter. Valencia may seek reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure "within a reasonable time," but no more than a year later for reconsideration based upon mistake, inadvertence, excusable neglect, newly discovered evidence, or fraud. *See* Fed. R. Civ. P. 60(c)(1). The Court lacks the authority to extend any deadlines applicable to Rule 60(b). *See* Fed. R. Civ. P. 6(b)(2) ("A court must not extend the time to act under Rules 50(b) and (d), 52(b), 59(b), (d), and (e), and 60(b)"). For this reason, the Court cannot grant the requested extension of time.

The Court also notes that Valencia's assertions concerning a third amended complaint are unavailing, as the matter proceeds on his *second* amended complaint, and Valencia previously declined the opportunity to timely file a third amended complaint. *See* Docs. 25, 30.

Accordingly, the Court **ORDERS**: Valencia's request for an extension of time to file "objections" to the Court's order is **DENIED**.

IT IS SO ORDERED.

Dated:   April 10, 2026

UNITED STATES DISTRICT JUDGE

2