UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VALENCIA,<br><br>               Plaintiff,<br><br>v.<br><br>L. MACHADO et al.,<br><br>               Defendants. | Case No. 1:24-cv-00569-KES-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE EDWIN VALENCIA**, CDCR No. V-49421,<br><br>DATE: June 1, 2026<br>TIME:  8:00 a.m. |

**Inmate Edwin Valencia, CDCR No. V-49421**, a necessary and material witness on his behalf in a settlement conference on **June 1, 2026, at 8:00 a.m.**, is confined at the California Medical Facility, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear <u>in person</u> before Magistrate Judge Christoper D. Baker on June 1, 2026, at 8:00 a.m. at California State Prison-Corcoran, 4001 King Avenue, Corcoran, CA 93212**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of California Medical Facility:**

      **WE COMMAND** you to produce the inmate named above **to appear <u>in person</u>, along with any necessary legal property,** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:    **May 4, 2026**

               STANLEY A. BOONE
               United States Magistrate Judge

