UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN VALENCIA, | No.  1:24-cv-00569-KES-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO APPEAR REMOTE FOR SETTLEMENT CONFERENCE SCHEDULED ON JUNE 1, 2026, AT CORCORAN STATE PRISON |
| v. | |
| L. MACHADO, et al., | |
| Defendants. | (ECF No. 42) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for an in-person settlement conference on June 1, 2026, in Corcoran, California.  (ECF No. 39.)

On May 26, 2206, Plaintiff filed a motion to appear remote at the settlement conference. (ECF No. 42.)  Plaintiff states that on December 16, 2025, he was transferred from Salinas Valley State Prison to the California Medical Facility, in Vacaville, California.  (Id. at 1.)  Plaintiff submits that transportation creates security and logistical burdens.  (Id. at 2.)

Plaintiff's case is one of several for which the Court will hold settlement conferences on June 1, 2026, in Corcoran, California.  Because those conferences will be held in person, the settlement conference cannot logistically be conducted via Zoom on that day.  Although Plaintiff

1

will need to be physically transferred for the settlement conference, he has failed to demonstrate good cause to justify that the conference should be held remotely via Zoom.  Accordingly, Plaintiff's motion to appear remotely at the settlement conference in Corcoran, California, is DENIED.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge