UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWIN VALENCIA,

                Plaintiff,

      v.

L. MACHADO, et al.,

                Defendants.

No.  1:24-cv-00569-KES-SAB (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE EDWIN VALENCIA, CDCR #V-49421

A settlement conference in this matter commenced on June 1, 2026.  Inmate Edwin Valencia, CDCR #V-49421, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: __JUNE 1, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

1